UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHFIELD INSURANCE COMPANY,

Plaintiff,

-v.-

AGO & ALAUDIN GENERAL
CONTRACTING CORP. et al,

Defendants.

25 Civ. 01774 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

Plaintiff Northfield Insurance Company filed the Complaint in this insurance coverage action on March 3, 2025.  ECF No. 1.  Plaintiff served Defendant Ago & Alaudin General Contracting Corporation and Defendant Muslim American Society of Brooklyn and Staten Island, Inc. (together, the "Corporate Defendants") on March 7, 2025.  ECF Nos. 12-13.  The Corporate Defendants' answers were therefore due on March 28, 2025.  *Id*.; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  Upon Plaintiff's applications, ECF Nos. 17, 19, the Court extended Plaintiff's deadline to serve Defendants Thomas Lleshi and Age Lleshi (together, the "Individual Defendants"), *see* ECF No. 18, and permitted Plaintiff to serve the Individual Defendants through email service on their attorney—Eric Morrisson of Morrisson & Wagner LLP— in the underlying personal injury action, *see* ECF No. 20.  On July 15, 2025, Plaintiff served the Individual Defendants in accordance with the Court's Order.  ECF No. 21.  The Individual Defendants' answers were therefore due on August 5, 2025.  *Id*.; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i).  None of the Defendants have responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 26-31, on October 8, 2025, the Clerk of Court issued certificates of default as to each Defendant, ECF Nos. 32-34.  On October 22, 2025, Plaintiff

filed a motion for a default judgment, as well as a memorandum of law and supporting declaration. *See* ECF Nos. 38.

If Defendants wish to oppose the motion, then their counsel shall, (1) by **December 9, 2025**, enter a notice of appearance, and (2) by **December 12, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of its papers in support of the motion for a default judgment. ECF No. 39. By no later than **December 4, 2025**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: November 26, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2