# *USERY & ASSOCIATES*

DAVID R. SHYER, ESQ
Admitted in NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6324
Email: DSHYER@TRAVELERS.COM

**MEMO ENDORSED**

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

March 30, 2026

**VIA ECF**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/26

Re:    *Northfield Insurance Company v. Ago & Alaudin*
       *General Contracting Corp., et al*; Action No. 1:25-cv-01774

Dear Judge Moses,

This office represents plaintiff Northfield Insurance Company ("Northfield") in the above-referenced matter. I submit this letter application, pursuant to Rules 1(b) and 2(a) of your Honor's Individual Practices and Local Civil Rule 7.1(e), to request a one-week extension of time for Northfield to submit its Proposed Findings of Fact and Conclusions of Law (the "Proposed Findings"), to April 6, 2026.

This is Northfield's second request for an extension of this deadline. Northfield requests this extension to allow my clients sufficient time to review our draft submission, and for Northfield to serve the Proposed Findings prior to filing.

By Order entered February 11, 2026 (ECF No. 51), your Honor granted Northfield's initial letter motion to extend this deadline until 30 days after the resolution of Northfield's then-pending motion to reconsider the January 12 Order on our default motion. By Order entered March 6, Northfield's motion to reconsider was denied (ECF No. 52). Pursuant to the February 11 Order, I docketed April 6 as the deadline for submission of Northfield's Proposed Findings. However, on March 9, your Honor issued a Modified Scheduling Order with a March 31 deadline (ECF No. 53).

I have completed my draft Proposed Findings, but they have not yet been approved by my client. I fully anticipate receiving approval of the Proposed Findings this week, but once approved they must be served on the defaulting defendants prior to filing. I therefore make this request to allow sufficient time to obtain approval, finalize, and serve the Proposed Findings pursuant to the Modified Scheduling Order.

Accordingly, Northfield respectfully requests that the deadline for submission of its Proposed Findings be extended to April 6, 2026, with a concurrent extension of the deadline for opposition.

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA**
**SAN DIEGO, CA • WALNUT CREEK, CA • CHICAGO, IL • DALLAS, TX  HOUSTON, TX**

Hon. Barbara C. Moses, U.S.M.J.
March 30, 2026
Page 2

Northfield thanks the Court for its consideration.

Respectfully Submitted,

_/s/David R. Shyer_
David R. Shyer

Cc:   Hon. Jennifer H. Rearden, U.S.D.J. (via ECF)

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 31, 2026